IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

    Plaintiff,                      No. 2:11-cv-2317 KJM GGH P

    vs.

M.C. HOMMER, et al.,                ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On November 22, 2011, the undersigned issues findings and recommendations that plaintiff's in forma pauperis application be denied and plaintiff pay the filing fee or the case be dismissed.  The undersigned noted that plaintiff's motion for a transfer (Doc. 7) would not be ruled upon until the findings and recommendations were addressed.  As the findings and recommendations are still pending, plaintiff's motion for a transfer is vacated without prejudice and may be re-filed if the case continues.

        In accordance with the above, IT IS HEREBY ORDERED that the motion for a transfer (Doc. 7) is vacated without prejudice.

DATED: July 9, 2012

                              /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH: AB
beny2317.vac

1