UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>  Plaintiff,<br><br>  v.<br><br>M.C. HOMMER, et al.,<br><br>  Defendants. | No.  2:11-cv-2317 TLN AC P<br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On July 11, 2013, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Juan, Lopez and Reid were returned unserved because "with the limited information provided, unable to locate." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff three USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 15, 2013;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Four copies of the endorsed complaint filed February 15, 2013; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

DATED: August 19, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls// beny2317.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>              Plaintiff,<br><br>     v.<br><br>M.C. HOMMER, et al.,<br><br>              Defendants. | No. 2:11-cv-2317 TLN AC  P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____

                        Complaint

DATED:

                                    _____
                                    Plaintiff