1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BENYAMINI,                          No.  2:11-cv-2317 TLN AC P

12              Plaintiff,

13        v.                                     ORDER

14   M.C. HOMMER, et al.,

15              Defendants.

16

17        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks

18   relief pursuant to 42 U.S.C. § 1983.

19        On July 11, 2013, the court ordered the United States Marshal to serve the complaint on

20   defendants.  Process directed to defendants Juan, Lopez and Reid were returned unserved because

21   "with the limited information provided, unable to locate."  Plaintiff must provide additional

22   information to serve these defendants.  Plaintiff shall promptly seek such information through

23   discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means

24   available to plaintiff.  If access to the required information is denied or unreasonably delayed,

25   plaintiff may seek judicial intervention.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.  The Clerk of the Court is directed to send to plaintiff three USM-285 forms, along with

28   an instruction sheet and a copy of the complaint filed February 15, 2013;

                                              1

1       2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

2   attached Notice of Submission of Documents to the court, with the following documents:

3               a.  One completed USM-285 form for each defendant;

4               b.  Four copies of the endorsed complaint filed February 15, 2013; and

5               c.  One completed summons form (if not previously provided) or show good cause

6   why he cannot provide such information.

7   DATED: August 19, 2013

8

9                               ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14
    AC:ls// beny2317.8e
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BENYAMINI,                          No. 2:11-cv-2317 TLN AC  P

12              Plaintiff,

13         v.                                    NOTICE OF SUBMISSION OF
                                                 DOCUMENTS
14   M.C. HOMMER, et al.,

15              Defendants.

16

17         Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19         ____           completed summons form

20         ____           completed USM-285 forms

21         ____           copies of the _____

22                              Complaint

23   DATED:

24

25

26                                          _____
                                            Plaintiff
27

28

                                            3