UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:11-cv-2317 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M.C. HAMMER, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On May 23, 2014, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 23, 2014, are adopted in full; and

2. Defendants' motion to revoke plaintiff's in forma pauperis status, ECF No. 44, is denied; and

3. Defendants are directed to file their response to the first amended complaint within twenty-one days.

Dated: June 23, 2014

Troy L. Nunley
United States District Judge

/beny2317.805

2