UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>O'BRIAN, et al.,<br><br>　　　　　Defendants. | No.  2:11-cv-2317 TLN AC P<br><br><br>ORDER |

Good cause having been shown, defendants' request for a further 21-day extension of time to serve responses to Plaintiff's Request for Admissions, Set One, Request for Production of Documents, Set One, and Interrogatories, Set One (ECF No. 66), is GRANTED.  Defendants' responses to these discovery requests are now due on or before December 10, 2014.

Good cause having been shown, plaintiff's motion for a 30-day extension of time to answer discovery (ECF No. 65) is also GRANTED.

Plaintiff's request for appointment of an attorney (ECF No. 65) is DENIED, as plaintiff has thus far made no showing of the good cause or extraordinary circumstances needed to justify such an appointment.  See Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009), cert. denied, 559 U.S. 906 (2010).

////

////

1

Plaintiff's additional request for reassignment of the Magistrate Judge, construed as a motion to recuse (ECF No. 64) is DENIED, as plaintiff has made no showing of the claimed conflict.

DATED: November 24, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2