IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BENYAMINI,**<br><br>                                   Plaintiff,<br><br>          v.<br><br>**M.C. HAMMER, et al.,**<br><br>                                   Defendants. | Case No. 2:11-CV-02317 TLN AC P<br><br>**ORDER** |

   Defendants move to modify the court's Discovery and Scheduling Order so as to extend the discovery deadline from January 6, 2015 to February 20, 2015. ECF No. 70. Defendants have properly supported this request, and it will be granted to the degree set forth below.

   Plaintiff moves for a 60-day extension of time to answer unidentified discovery requests made by defendants. ECF No. 71. The court cannot grant this request because plaintiff has not identified what discovery requests he needs more time to answer. If plaintiff is requesting an open-ended order granting him an additional 60-days to any discovery that may be requested, the court will not grant such an order. Instead, the court will extend the discovery deadline. If this does not provide plaintiff the relief he seeks, he is free to make a motion setting forth what specific discovery he needs an extension of time to answer.

////

1

Good cause having been shown, IT IS HEREBY ORDERED THAT:

1. Defendants' motion for a modification of the discovery deadline (ECF No. 70), is GRANTED to the degree specified below.

2. The Discovery and Scheduling Order (ECF No. 58 ¶¶ 6), is MODIFIED to permit discovery until April 6, 2015. The deadline for discovery requests is moved to February 9, 2015.

3. The Discovery and Scheduling Order (ECF No. 58 ¶¶ 7), is MODIFIED to move the pretrial motions deadline to July 6, 2015.

4. Plaintiff's motion to extend his time for answering unidentified discovery (ECF No. 71), is DENIED without prejudice to a motion in proper form.

DATED: January 20, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE