UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, <br><br>         Plaintiff, <br><br>     v. <br><br> O'BRIAN, et al., <br><br>         Defendants. | No. 2:11-cv-2317 TLN AC P <br><br> FINDINGS AND RECOMMENDATIONS |

By order filed July 13, 2015, plaintiff was ordered to show cause, within thirty days, why defendant Howe should not be dismissed without prejudice. ECF No. 93. The thirty day period has now expired and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that defendant Howe be dismissed without prejudice for failure to timely effect service of process and failure to follow court orders. See Fed. R. Civ. P. 4(m); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The

1

1 parties are advised that failure to file objections within the specified time may waive the right to
2 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: August 26, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE