1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

ROBERT BENYAMINI,

No.  2:11-cv-2317 TLN AC P

12

Plaintiff,

13

v.

ORDER

14

O'BRIAN, et al.,

15

Defendants.

16
17

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action

18

seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19

Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20

On September 28, 2015, the magistrate judge filed findings and recommendations herein

21

which were served on all parties and which contained notice to all parties that any objections to

22

the findings and recommendations were to be filed within fourteen days.  (ECF No. 95.)

23

Defendants have filed objections to the findings and recommendations (ECF No. 96) and Plaintiff

24

has responded (ECF No. 100).

25

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26

Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27

Court finds the findings and recommendations to be supported by the record and by proper

28

analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2015 (ECF No. 95), are adopted in full; and

2. Defendants' motion for summary judgment (ECF No. 74) is denied without prejudice.

Dated: January 15, 2016

Troy L. Nunley
United States District Judge