UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:11-cv-2317 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| O'BRIAN, et al., | |
| Defendants. | |

By prior order, discovery was re-opened for the limited purpose of allowing defendants to take plaintiff's deposition and for the parties to file any motions necessary to compel discovery. ECF No. 108. Discovery was scheduled to close on February 27, 2017, and merit-based motions for summary judgment were ordered to be filed no later than April 28, 2017. Id. On January 27, 2017, defendants filed a motion to compel plaintiff to respond to defendants' interrogatories and requests for production. ECF No. 109. Defendants also requested this court vacate the current discovery deadline and merit-based motions deadline until plaintiff has satisfied his discovery obligations. In light of the pending motion to compel, the dispositive motion deadline will be vacated and re-set after resolution of the motion to compel. However, the current discovery deadline will not be vacated. Instead, the court will issue any orders that are necessary and appropriate for concluding discovery upon resolution of the motion to compel.

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to vacate the merit-based motion for summary judgment deadline is granted and will be re-set after resolution of the motion to compel.

2. Defendants' request to vacate the discovery deadline is denied. Discovery shall close on February 27, 2017.

DATED: February 23, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE